

# Fourth Court of Appeals
## San Antonio, Texas

July 11, 2018

No. 04-18-00446-CV

**IN RE PHOENIX SERVICES, LLC**; Pruitt's Fract Tanks, LLC; and Jose Jaime Jacquez

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Karen Angelini, Justice
             Rebeca C. Martinez, Justice[2]
             Irene Rios, Justice

The Real Party in Interest Unopposed Motion for Extension of Time to File Response is hereby GRANTED. Time is extended to August 27, 2018.

It is so **ORDERED** on July 27, 2018.

PER CURIAM

ATTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 17-01-33870-MCV, styled *Fernando Martinez and Jose Javier Cisneros v. Phoenix Services, LLC,, et al.*, pending in the 293rd Judicial District Court, Maverick County, Texas, the Honorable Gloria Saldana presiding.